PROB 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

U.S. DISTRICT COURT – N.D. OF N.Y.

**FILED**

**Apr 11 - 2025**

John M. Domurad, Clerk

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:21CR00099 - 1 |
| DOCKET NUMBER *(Rec. Court)* | 1:25-CR-0159 (AMN) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | WESTERN DISTRICT OF MICHIGAN | SOUTHERN |
| JONATHAN JOSHUA MUNAFO | NAME OF SENTENCING JUDGE | |
| | HONORABLE JANET T. NEFF | |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 1/20/2025 | TO 1/19/2028 |
|---|---|---|

**OFFENSE**
18 U.S.C. § 875(c) - Interstate Threatening Communications

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Transfer of jurisdiction will maximize lawful behavior and compliance with condition(s) of supervision.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE          WESTERN          DISTRICT OF          MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the          NORTHERN DISTRICT OF NEW YORK          upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| April 3, 2025 | /s/ Jane M. Beckering |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE          NORTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| April 11, 2025 | *Anne M. Nardacci* |
|---|---|
| *Effective Date* | *United States District Judge* |

1