UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 1:21-cr-99

JONATHAN JOSHUA MUNAFO,           HON. JANET T. NEFF

    Defendant.

_____/

## ORDER

On January 9, 2024, an order directing Defendant to submit a motion in proper form within 30 days (ECF No. 80) was inadvertently entered in error.

**IT IS HEREBY ORDERED** that the Court's January 9, 2024 order (ECF No. 80) is SET ASIDE.

Dated:  April 15, 2024                     ___/s/ Janet T. Neff_____
                                           JANET T. NEFF
                                         United States District Judge