Query    Reports    Utilities    Help    What's New    Log Out

CLOSED

# United States District Court
# Western District of Michigan (Southern Division (1))
# CRIMINAL DOCKET FOR CASE #: 1:21-cr-00099-JMB-1

Case title: USA v. Munafo

Date Filed: 05/18/2021

Magistrate judge case number: 1:21-mj-00025-SJB

Date Terminated: 10/26/2022

Assigned to: District Judge Jane M. Beckering

## defendant (1)

**Jonathan Joshua Munafo**
*TERMINATED: 10/26/2022*

represented by **James Stevenson Fisher**
Federal Public Defender (Grand Rapids)
50 Louis St. NW, Ste. 300
Grand Rapids, MI 49503-2633
(616) 742-7420
Email: james_fisher@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

## Pending Counts

18:875(c) INTERSTATE
COMMUNICATIONS - THREATS;
interstate threatening communications
(1)

## Disposition

24 months imprisonment, with 3 years of supervised release to follow; $100 special assessment

## Highest Offense Level (Opening)

Felony

## Terminated Counts

18:875(c) INTERSTATE
COMMUNICATIONS - THREATS;
interstate threatening communications
(2)

## Disposition

Dismissed on motion by the Government

Query    Reports    Utilities    Help    What's New    Log Out

interstate harassing telephone calls                              Government
(3)

## Highest Offense Level (Terminated)

Felony

## Complaints                                              ## Disposition

18:875(c) Interstate Communication
(Threat) - communicating a threat in
interstate commerce

## interested party

**Pro Se Defendant (1)**
*Jonathan Joshua Munafo #41444-509*
*TERMINATED: 08/05/2024*

## Plaintiff

**USA**                    represented by **Nils R. Kessler**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: Nils.Kessler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Alexis Marie Sanford**
U.S. Attorney (Grand Rapids)
The Law Bldg.
330 Ionia Ave., NW
Grand Rapids, MI 49501-0208
(616) 456-2404
Email: alexis.sanford@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/20/2021 | 1 | COMPLAINT as to Jonathan Joshua Munafo; signed by Magistrate Judge Sally J. Berens (Attachments: # 1 Continuation of Criminal Complaint) (jal) Modified text on 4/26/2021 (jln). [1:21-mj-00025-SJB] (Entered: 01/20/2021) |

| 01/20/2021 | 4 | MOTION and ORDER TO SEAL CASE until defendant is arrested, the investigation is completed, or further order of this court; signed by Magistrate Judge Sally J. Berens (jal) Modified text on 4/26/2021 (jln). [1:21-mj-00025-SJB] (Entered: 01/20/2021) |
| --- | --- | --- |
| 04/23/2021 | 5 | MOTION and ORDER to unseal case as to Jonathan Joshua Munafo; CASE UNSEALED; signed by Magistrate Judge Phillip J. Green (ald) [1:21-mj-00025-SJB] (Entered: 04/23/2021) |
| 04/23/2021 | | WARRANT EXECUTED; defendant Jonathan Joshua Munafo arrested by FBI agent Unknown in Middle District of Florida (USM Control Room, mcd) [1:21-mj-00025-SJB] (Entered: 04/26/2021) |
| 04/26/2021 | 6 | RULE 5 DOCUMENTS received from Middle District of Florida as to defendant Jonathan Joshua Munafo (Attachments: # 1 Attachment Minutes, # 2 Attachment Order Appointing Federal Public Defender, # 3 Attachment Waiver of Rule 5 & 5.1 Hearings, # 4 Attachment Order on Removal, # 5 Attachment Commitment to Another District) (jln) [1:21-mj-00025-SJB] (Entered: 04/26/2021) |
| 05/12/2021 | | (NON-DOCUMENT) ORDER APPOINTING FEDERAL PUBLIC DEFENDER as counsel for defendant Jonathan Joshua Munafo; signed by Magistrate Judge Sally J. Berens (jln) [1:21-mj-00025-SJB] (Entered: 05/12/2021) |
| 05/12/2021 | | DEFENDANT Jonathan Joshua Munafo will be represented by James Stevenson Fisher (Federal Public Defender, ) [1:21-mj-00025-SJB] (Entered: 05/12/2021) |
| 05/18/2021 | 7 | INDICTMENT as to Jonathan Joshua Munafo (ns) (Entered: 05/18/2021) |
| 05/18/2021 | 8 | PENALTY SHEET re Indictment 7 as to Jonathan Joshua Munafo (Kessler, Nils) (Entered: 05/18/2021) |
| 06/09/2021 | 9 | MINUTES of FIRST APPEARANCE of defendant Jonathan Joshua Munafo held before Magistrate Judge Ray Kent; defendant previously appointed court-appointed counsel; government moved for detention and defendant remanded to custody of USM pending further proceedings before the magistrate judge (Proceedings Digitally Recorded) (sjc) Modified text on 6/10/2021 (sjc). (Entered: 06/09/2021) |
| 06/10/2021 | 10 | ORDER SCHEDULING PROGRESSION OF CASE as to defendant Jonathan Joshua Munafo: arraignment, detention hearing and initial pretrial conference set for 6/15/2021 at 10:00 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; signed by Magistrate Judge Ray Kent (fhw) (Entered: 06/10/2021) |
| 06/10/2021 | 11 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by defendant Jonathan Joshua Munafo (Fisher, James) (Entered: 06/10/2021) |
| 06/10/2021 | 12 | INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT by USA as to defendant Jonathan Joshua Munafo (Kessler, Nils) (Entered: 06/10/2021) |

| | | |
|---|---|---|
| | | temporarily available to attorney(s) for USA, Jonathan Joshua Munafo only] (USPO Sheila Osborn, jae, ) Modified to revoke attorney access on 11/29/2021 (sjc). (Entered: 06/15/2021) |
| 06/15/2021 | 14 | MINUTES of omnibus hearing as to defendant Jonathan Joshua Munafo held before Magistrate Judge Ray Kent; date and time set for arraignment, initial pretrial conference and detention hearings; the Court sua sponte ordered defendant committed for evaluations regarding competency and sanity; order to issue; defendant remanded to custody of USM (Proceedings Digitally Recorded) (sjc) (Entered: 06/15/2021) |
| 06/15/2021 | 15 | ORDER OF COMMITMENT FOR MENTAL EXAMINATION of defendant Jonathan Joshua Munafo; signed by Magistrate Judge Ray Kent (fhw) (Entered: 06/16/2021) |
| 07/06/2021 | 16 | ORDER for transportation of defendant Jonathan Joshua Munafo re 15 ; signed by Magistrate Judge Ray Kent (sjc) (Entered: 07/06/2021) |
| 07/26/2021 | 17 | TRANSCRIPT of Omnibus Hearing as to defendant Jonathan Joshua Munafo held 06/15/2021 before Magistrate Judge Ray Kent ; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/ Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to Request Redaction, and 21 days within which to file a Redaction Request; if no Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 10/25/2021 ; redaction request due 8/16/2021 (Court Reporter-Transcriptionist: Dexter, Melinda 517-604-1732) (Entered: 07/26/2021) |
| 08/10/2021 | 18 | LETTER from I. Jacquez, Warden *of Federal Bureau of Prisons* re Jonathan Joshua Munafo *re inability to provide timeline for completion of evaluation due to Covid-19 action plan* (sjc) (Entered: 08/12/2021) |
| 08/12/2021 | 19 | MINUTES of telephone conference as to defendant Jonathan Joshua Munafo held before Magistrate Judge Ray Kent re 18 (Proceedings Not Digitally Recorded) (sjc) (Entered: 08/12/2021) |
| 10/25/2021 | 20 | LETTER from Federal Bureau of Prisons *to conduct mental health evaluation and to file report* re Jonathan Joshua Munafo (sjc) (Entered: 10/25/2021) |
| 10/25/2021 | | MOTION for extension of time *to conduct mental health evaluation and to file report* re Jonathan Joshua Munafo (as taken from 20 ) (sjc) Modified text on 10/25/2021 (sjc). (Entered: 10/25/2021) |
| 10/25/2021 | | (NON-DOCUMENT) ORDER REFERRING MOTION for extension of time 20 as to defendant Jonathan Joshua Munafo to Magistrate Judge Ray Kent under 28 U.S.C. 636(b)(1)(A); signed by Judge Janet T. Neff (Judge Janet T. Neff, rmw) (Entered: 10/25/2021) |

**Query**     **Reports**     **Utilities**     **Help**     **What's New**     **Log Out**

| | | |
|---|---|---|
| | | 10/25/2021) |
| 11/16/2021 | 22 | LETTER from Federal Bureau of Prisons *re mental competency and criminal responsibility reports* re Jonathan Joshua Munafo (sjc) (Entered: 11/16/2021) |
| 11/16/2021 | 23 | (RESTRICTED ACCESS) FORENSIC EVALUATION *regarding mental competency* as to Jonathan Joshua Munafo [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only] (sjc) Modified text on 11/16/2021 (sjc). (Entered: 11/16/2021) |
| 11/16/2021 | 24 | (RESTRICTED ACCESS) FORENSIC EVALUATION *regarding criminal responsibility* as to Jonathan Joshua Munafo [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only] (sjc) (Entered: 11/16/2021) |
| 11/17/2021 | 25 | NOTICE OF HEARING as to Jonathan Joshua Munafo: competency hearing set for 11/29/2021 at 10:30 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 11/17/2021) |
| 11/17/2021 | 26 | NOTICE OF HEARING as to defendant Jonathan Joshua Munafo: continued arraignment, detention hearing and initial pretrial conference set for 11/29/2021 at 10:30 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 11/17/2021) |
| 11/29/2021 | 27 | ORDER OF DETENTION pending trial as to defendant Jonathan Joshua Munafo; signed by Magistrate Judge Ray Kent (fhw) (Entered: 11/29/2021) |
| 11/29/2021 | 28 | MINUTES of COMPETENCY hearing as to Jonathan Joshua Munafo held before Magistrate Judge Ray Kent; the parties did not contest the findings in reports 23 , 24 ; defendant found competent to proceed and found sane at time of commission of acts of alleged offenses; order to issue; ARRAIGNMENT, INITIAL PRETRIAL CONFERENCE and DETENTION held; defendant pled not guilty to Counts 1-3 of the indictment; Rule 5(f) order to issue; defendant waived detention hearing and ordered detained pending further proceedings before the district judge (Proceedings Digitally Recorded) (sjc) (Entered: 11/29/2021) |
| 11/29/2021 | 29 | DEFENDANT'S RIGHTS as to defendant Jonathan Joshua Munafo (sjc) (Entered: 11/29/2021) |
| 11/29/2021 | 30 | ORDER as to defendant Jonathan Joshua Munafo re Rule 5(f); signed by Magistrate Judge Ray Kent (sjc) (Entered: 11/29/2021) |
| 11/29/2021 | 31 | ORDER finding defendant Jonathan Joshua Munafo competent to stand trial; signed by Magistrate Judge Ray Kent (fhw) (Entered: 11/29/2021) |
| 11/30/2021 | 32 | CASE MANAGEMENT ORDER as to defendant Jonathan Joshua Munafo: final pretrial conference set for 1/11/2022 at 01:30 PM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; jury trial set for 1/18/2022 at 09:00 AM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; counsel shall be present 30 minutes prior to trial for an in-chambers conference; signed by Judge Janet T. Neff (Judge Janet T. Neff, rmw) (Entered: 11/30/2021) |

| | | |
|---|---|---|
| | | 12/17/2021 (pjw). (Entered: 12/16/2021) |
| 12/16/2021 | 34 | CERTIFICATE regarding compliance with LCrimR 12.4 by Jonathan Joshua Munafo re MOTION to withdraw as attorney by James Stevenson Fisher 33 (Fisher, James) (Entered: 12/16/2021) |
| 12/17/2021 | | (NON-DOCUMENT) ORDER REFERRING MOTION to withdraw as counsel 33 as to defendant Jonathan Joshua Munafo to Magistrate Judge Ray Kent under 28 U.S.C. 636(b)(1)(A); signed by Judge Janet T. Neff (Judge Janet T. Neff, rmw) (Entered: 12/17/2021) |
| 12/20/2021 | 35 | NOTICE OF HEARING ON MOTION as to defendant Jonathan Joshua Munafo regarding document number 33 : motion hearing is set for 12/29/2021 at 10:30 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 12/20/2021) |
| 12/20/2021 | 36 | NOTICE rescheduling hearing on motion as to defendant Jonathan Joshua Munafo regarding document number 33 that was previously set for 12/29/2021 at 10:30 AM; motion hearing rescheduled to 1/3/2022 at 11:15 AM at 584 Federal Building, Grand Rapids, MI before Magistrate Judge Ray Kent; (fhw) (Entered: 12/20/2021) |
| 01/03/2022 | 37 | MINUTES of motion hearing as to defendant Jonathan Joshua Munafo re 33 MOTION to withdraw as attorney by James Stevenson Fisher filed by Jonathan Joshua Munafo held before Magistrate Judge Ray Kent; counsel withdrew motion; detention continued pending further proceedings before the district judge (Proceedings Digitally Recorded) (sjc) (Entered: 01/03/2022) |
| 01/03/2022 | 38 | MOTION for ends of justice continuance by Jonathan Joshua Munafo (Fisher, James) (Entered: 01/03/2022) |
| 01/03/2022 | 39 | CERTIFICATE regarding compliance with LCrimR 12.4 by Jonathan Joshua Munafo re MOTION for ends of justice continuance 38 (Fisher, James) (Entered: 01/03/2022) |
| 01/03/2022 | 40 | CONSENT TO ADJOURNMENT/WAIVER of Speedy Trial by Jonathan Joshua Munafo (Fisher, James) (Entered: 01/03/2022) |
| 01/04/2022 | 41 | ORDER granting motion for ends of justice continuance 38 as to Jonathan Joshua Munafo (1) final pretrial conference rescheduled to 4/5/2022 at 11:00 AM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; jury trial rescheduled to 4/19/2022 at 09:00 AM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; counsel shall be present 30 minutes prior to the trial for an in-chambers conference; signed by Judge Janet T. Neff (rmw) (Entered: 01/04/2022) |
| 03/25/2022 | 42 | MOTION for ends of justice continuance by Jonathan Joshua Munafo (Fisher, James) (Entered: 03/25/2022) |
| 03/25/2022 | 43 | CERTIFICATE regarding compliance with LCrimR 12.4 by Jonathan Joshua Munafo re MOTION for ends of justice continuance 42 (Fisher, James) (Entered: 03/25/2022) |

| | | |
|---|---|---|
| 03/29/2022 | 45 | ORDER granting motion for ends of justice continuance 42 as to Jonathan Joshua Munafo; final pretrial conference set for 6/21/2022 at 01:30 PM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; jury trial set for 6/28/2022 at 09:00 AM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; counsel shall be present 30 minutes prior to trial for an in-chambers conference ; signed by Judge Janet T. Neff (jra) (Entered: 03/29/2022) |
| 05/16/2022 | 46 | MOTION for bond by Jonathan Joshua Munafo (Fisher, James) (Entered: 05/16/2022) |
| 05/16/2022 | 47 | CERTIFICATE regarding compliance with LCrimR 12.4 by Jonathan Joshua Munafo re MOTION for bond 46 (Fisher, James) (Entered: 05/16/2022) |
| 05/16/2022 | | (NON-DOCUMENT) ORDER REFERRING MOTION for bond 46 as to defendant Jonathan Joshua Munafo to Magistrate Judge Ray Kent under 28 U.S.C. 636(b)(1)(A); signed by Judge Janet T. Neff (Judge Janet T. Neff, clb) (Entered: 05/16/2022) |
| 05/17/2022 | 48 | WITHDRAWAL of Motion by Jonathan Joshua Munafo re 46 MOTION for bond filed by Jonathan Joshua Munafo (Fisher, James) (Entered: 05/17/2022) |
| 05/20/2022 | 49 | NOTICE as to Jonathan Joshua Munafo: change of plea hearing is set for 5/25/2022 at 02:00 PM at 499 Federal Building, Grand Rapids, MI before Magistrate Judge Phillip J. Green (ald) (Entered: 05/20/2022) |
| 05/23/2022 | 50 | PLEA AGREEMENT as to Jonathan Joshua Munafo (Kessler, Nils) (Entered: 05/23/2022) |
| 05/25/2022 | 51 | CONSENT between defendant Jonathan Joshua Munafo and counsel allowing Magistrate Judge to preside over guilty plea hearing (ald) (Entered: 05/25/2022) |
| 05/25/2022 | 52 | REPORT AND RECOMMENDATION that the guilty plea of Jonathan Joshua Munafo as to Count 1 of the Indictment be accepted ; objections to R&R due within 14 days; signed by Magistrate Judge Phillip J. Green (ald) (Entered: 05/25/2022) |
| 05/25/2022 | 53 | MINUTES held before Magistrate Judge Phillip J. Green of CHANGE OF PLEA as to defendant Jonathan Joshua Munafo; Defendant pleaded guilty to count 1 of the Indictment; Counts 2-3 to be dismissed; Defendant detained (Proceedings Digitally Recorded) (ald) (Entered: 05/25/2022) |
| 05/26/2022 | 54 | NOTICE as to defendant Jonathan Joshua Munafo; sentencing set for 10/6/2022 at 01:30 PM at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; defense counsel should review the obligations section of the WDMI website (jra) (Entered: 05/26/2022) |
| 06/09/2022 | 55 | ORDER ADOPTING REPORT AND RECOMMENDATION 52 as to Jonathan Joshua Munafo ; signed by Judge Janet T. Neff (jra) (Entered: 06/09/2022) |
| 08/22/2022 | 56 | (RESTRICTED ACCESS) INITIAL PRESENCENCE REPORT as to Jonathan Joshua Munafo ; an objection meeting, if necessary, is scheduled for |

**Query**    **Reports**    **Utilities**    **Help**    **What's New**    **Log Out**

| | | |
|---|---|---|
| | | USA, Jonathan Joshua Munafo only], USPO Gonzalez, Amber) (Entered: 08/22/2022) |
| 08/25/2022 | 57 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 56 by USA [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only] (Kessler, Nils) (Entered: 08/25/2022) |
| 09/02/2022 | 58 | (RESTRICTED ACCESS) OBJECTION/RESPONSE to Presentence Report, 56 by defendant [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only] (Fisher, James) (Entered: 09/02/2022) |
| 09/07/2022 | 59 | TRANSCRIPT of Plea Hearing as to defendant Jonathan Joshua Munafo held May 25, 2022 before Honorable Phillip Green, Magistrate ; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to Request Redaction, and 21 days within which to file a Redaction Request; if no Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 12/6/2022 ; redaction request due 9/28/2022 (Court Reporter-Transcriptionist: Hamlin, Genevieve, (517) 881-9582) (Entered: 09/07/2022) |
| 09/23/2022 | 60 | MOTION to produce by Jonathan Joshua Munafo (Attachments: # 1 Proposed Order) (Fisher, James) Modified text on 9/23/2022 (jjm). (Entered: 09/23/2022) |
| 09/23/2022 | 61 | CERTIFICATE regarding compliance with LCrimR 12.4 by Jonathan Joshua Munafo re MOTION to produce 60 (Fisher, James) (Entered: 09/23/2022) |
| 09/26/2022 | 62 | ORDER regarding response to 60 motion to produce; government's response due no later than 10/3/2022; signed by Judge Janet T. Neff (kmd) (Entered: 09/26/2022) |
| 09/26/2022 | 63 | AMENDED ORDER regarding response to 60 motion to produce; government's response due no later than 9/30/2022; signed by Judge Janet T. Neff (kmd) (Entered: 09/26/2022) |
| 09/27/2022 | 64 | (RESTRICTED ACCESS) FINAL PRESENTENCE REPORT as to Jonathan Joshua Munafo [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only], USPO Gonzalez, Amber) (Entered: 09/27/2022) |
| 09/27/2022 | 65 | NOTICE rescheduling hearing as to Jonathan Joshua Munafo that was previously set for October 6, 2022 at 1:30 p.m.; sentencing set for 10/26/2022 at 11:00 a.m. at 401 Federal Building, Grand Rapids, MI before Judge Janet T. Neff; defense counsel should review the obligations section of the WDMI website (kmd) (Entered: 09/27/2022) |
| 09/30/2022 | 66 | RESPONSE to motion by USA as to Jonathan Joshua Munafo re MOTION to produce 60 (Kessler, Nils) (Entered: 09/30/2022) |

| 10/19/2022 | 68 | MOTION for leave to file *Sentencing Memorandum Restricted Access* by Jonathan Joshua Munafo (Attachments: # 1 Proposed Order) (Fisher, James) (Entered: 10/19/2022) |
| 10/19/2022 | 69 | (RESTRICTED ACCESS) SENTENCING MEMORANDUM by defendant [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only] (Attachments: # 1 Letter from Mr. Munafo, # 2 Family History from Ms. Gabrielle Munafo, # 3 Evaluation by Dr. Kimberly Lem, # 4 National Institute of Justice Deterrence Article, # 5 Character Letters) (Fisher, James) (Entered: 10/19/2022) |
| 10/20/2022 | 70 | CERTIFICATE regarding compliance with LCrimR 12.4 by Jonathan Joshua Munafo re MOTION for leave to file *Sentencing Memorandum Restricted Access* 68 (Fisher, James) (Entered: 10/20/2022) |
| 10/20/2022 | 71 | ORDER granting motion for leave to file 68 as to Jonathan Joshua Munafo (1); Clerk of the Court to accept the government's proposed sentencing memorandum 69 under restricted access; signed by Judge Janet T. Neff (kmd) (Entered: 10/20/2022) |
| 10/21/2022 | 72 | RESPONSE *to defendant's sentencing memorandum* by USA as to defendant Jonathan Joshua Munafo re 69 (Kessler, Nils) (Entered: 10/21/2022) |
| 10/26/2022 | 73 | MINUTES of SENTENCING for Jonathan Joshua Munafo (1), Count 1, 24 months imprisonment, with 3 years of supervised release to follow; $100 special assessment; defendant advised of right to appeal; held before Judge Janet T. Neff (Court Reporter: Annette Blough) (Judge Janet T. Neff, clb) (Entered: 10/26/2022) |
| 10/26/2022 | 74 | JUDGMENT as to defendant Jonathan Joshua Munafo; signed by Judge Janet T. Neff (Judge Janet T. Neff, clb) (Entered: 10/26/2022) |
| 10/26/2022 | 75 | (RESTRICTED ACCESS) STATEMENT OF REASONS re 74 as to Jonathan Joshua Munafo [Access to this document is available to the Court and attorney(s) for USA, Jonathan Joshua Munafo only] (Judge Janet T. Neff, clb) (Entered: 10/26/2022) |
| 10/26/2022 | 76 | ORDER regarding additional sentencing conditions for defendant Jonathan Joshua Munafo; signed by Judge Janet T. Neff (Judge Janet T. Neff, clb) (Entered: 10/26/2022) |
| 11/11/2022 | 77 | TRANSCRIPT of Sentencing as to defendant Jonathan Joshua Munafo held October 26, 2022 before Janet T. Neff ; NOTE: this transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the release of transcript restriction date; after that date it may be obtained through PACER; under the Policy Regarding Transcripts the parties have 14 days within which to file a Notice of Intent to Request Redaction, and 21 days within which to file a Redaction Request; if no Redaction Request is filed, the court will assume redaction of personal identifiers is not necessary and this transcript will be made available via PACER after the release of transcript restriction set for 2/9/2023 ; redaction request due 12/2/2022 (Contract Court Reporter: Blough, Annette) (Entered: 11/11/2022) |

| | | |
|---|---|---|
| | | PRO SE MOTION to appoint counsel by Jonathan Joshua Munafo (jjm) (Entered: 01/08/2024) |
| 01/08/2024 | 79 | CJA 23 financial affidavit by defendant Jonathan Joshua Munafo in support of request for court-appointed counsel (jjm) (Entered: 01/08/2024) |
| 01/09/2024 | 80 | (SET ASIDE) ORDER directing defendant Jonathan Joshua Munafo to submit a motion in proper form within 30 days or the motion may be dismissed ; signed by Judge Janet T. Neff (kml) Modified text on 4/16/2024 per Order 81 (ns). (Entered: 01/09/2024) |
| 01/09/2024 | | Copy of Order Regarding Motion for Modification of Sentence 80 as to defendant Jonathan Joshua Munafo mailed to Jonathan Joshua Munafo #41444-509 (mg) (Entered: 01/09/2024) |
| 04/15/2024 | 81 | ORDER setting aside 80 Order Regarding Motion for Modification of Sentence as to defendant Jonathan Joshua Munafo; signed by Judge Janet T. Neff (kml) (Entered: 04/15/2024) |
| 04/15/2024 | 82 | ORDER regarding motion for sentence modification 78 ; the Probation Office shall prepare a Sentence Modification Report; defendant Jonathan Joshua Munafo may file a brief within 21 days of service of the report; the government may file its brief addressed to the same issues within 21 days of service of defendant's brief ; signed by Judge Janet T. Neff (kml) (Entered: 04/15/2024) |
| 04/15/2024 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Alexis Marie Sanford for USA [Attorney Alexis Marie Sanford added to party USA(pty:pla)] (Sanford, Alexis) (Entered: 04/15/2024) |
| 04/16/2024 | | Copy of Order 81 , Scheduling Order on Motion for Sentence Modification, 82 as to defendant Jonathan Joshua Munafo mailed to Jonathan Joshua Munafo #41444-509 (ns) (Entered: 04/16/2024) |
| 06/21/2024 | 83 | (RESTRICTED ACCESS) PROBATION SENTENCE MODIFICATION REPORT regarding defendant Jonathan Joshua Munafo [Access to this document is available to the Court and attorney(s) for USA, Pro Se Defendant (1), Jonathan Joshua Munafo only], Supervising USPO Hodel, Lori) (Entered: 06/21/2024) |
| 06/21/2024 | | Remark as to Jonathan Joshua Munafo *Sentence Modification Report 83 mailed to Jonathan Joshua Munafo on 06/24/2024.* (Supervising USPO Lori Hodel, Steenwyk, Trisha) (Entered: 06/21/2024) |
| 06/26/2024 | | (NON-DOCUMENT) ATTORNEY APPEARANCE of Alexis Marie Sanford for USA (Sanford, Alexis) (Entered: 06/26/2024) |
| 08/02/2024 | 84 | RESPONSE to motion by USA as to Jonathan Joshua Munafo re PRO SE MOTION for modification or reduction of sentence under Guideline Amendment 821 ; current projected release date of defendant: 4/29/2025; PRO SE MOTION to appoint counsel 78 (certificate of service) (Sanford, Alexis) Modified text on 8/5/2024 (slk). (Entered: 08/02/2024) |
| 08/05/2024 | 85 | ORDER granting 78 motion to reduce sentence (Amendment 821) as to Jonathan Joshua Munafo; signed by Judge Janet T. Neff (kml) (Entered: 08/05/2024) |

4/14/2025, 3:06 PM

Query    Reports    Utilities    Help    What's New    Log Out

| | | |
|---|---|---|
| | | attorney(s) for USA, Jonathan Joshua Munafo only] (kml) (Entered: 08/05/2024) |
| 08/05/2024 | | Copy of Order on Motion to Reduce Sentence (Amendment 821), Order on Motion to Appoint Counsel 85 as to defendant Jonathan Joshua Munafo mailed to Jonathan Joshua Munafo #41444-509 (jjm) (Entered: 08/05/2024) |
| 03/31/2025 | 88 | PROBATION PETITION and ORDER modifying the conditions of supervision as to defendant Jonathan Joshua Munafo with waiver of hearing; removing Special Conditions 1, 2 and 6, and adding certain Special Conditions; signed by District Judge Jane M. Beckering (rmw) (Entered: 03/31/2025) |
| 04/03/2025 | 90 | ORDER TRANSFERRING JURISDICTION of probationer/supervised releasee Jonathan Joshua Munafo to the Northern District of New York; signed by District Judge Jane M. Beckering (lep) (Entered: 04/03/2025) |