UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA,

    v.                                                          1:25-CR-159 AMN

JONATHAN JOSHUA MUNAFO,

               Defendant.
───────────────────────────────

## ORDER APPROVING WAIVER OF DETENTION HEARING

A warrant for the arrest of Defendant was issued upon the petition of the United States Probation Office seeking revocation of Supervised Release. The Defendant appeared before the undersigned for an Initial Appearance on May 22, 2025. During the proceeding, the Government moved for detention. Defendant, through his counsel, waived his right to a Detention Hearing and consented to detention, reserving his right to reapply to the Court for reconsideration at a later date. Based on the foregoing, it is hereby

ORDERED that pursuant to Fed. R. Crim. P. 32.1(a)(1) and 46(c), and pursuant to 18 U.S.C. §§ 3142 and 3143, the Defendant shall be held without bail pending a hearing on the revocation of the Defendant's supervised release before the District Judge.

**IT IS SO ORDERED.**

DATED: May 22, 2025
        Albany, New York

                                                              Daniel J. Stewart
                                                              U.S. Magistrate Judge