# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Albany Office

54 State Street
STE 310
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Lisa Peebles – Federal Public Defender
Anne LaFex – First Assistant

November 20, 2025

Honorable Anne M. Nardacci
United States District Court Judge
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

RE:   *United States v. Jonathan Munafo*
      25-CR-159 (AMN)

Dear Judge Nardacci,

Mr. Jonathan Munafo is scheduled for a final revocation hearing on November 21, 2025, before Your Honor. At the time of this hearing, it is anticipated that Mr. Munafo will admit to Violations #1 & #2 in satisfaction of the violation petition. These admissions will be made with the understanding that violation #3 will be dismissed.

According to the violation petition, Violations #1 & #2 both constitute a Grade C violations, carrying a sentencing range of 4-10 months in custody. This range is based on the conclusion that Mr. Munafo received a Category II Criminal History score for the underlying offense. Presently, Mr. Munafo has been in custody since May 22, 2025, for a total period of incarceration of 6 months.

Though the parties are jointly recommending a term of time served, the defense would note that Mr. Munafo's original criminal history category was determined as being II only because he received two points for committing the underlying federal offense while under a criminal justice sentence. However, this was prior to Amendment 821 being enacted and which instructed no "status" points be imposed on a defendant with 6 criminal history points or less. *See,* U.S.S.G. § 4A1.1(e).

Mr. Munafo moved for a reduction in his sentence on this basis with his original sentencing court from the Western District of Michigan. *See, United States v. Munafo*, 21-CR-099-JMB, Dkt. No. 78 (W.D. Mich.). This motion was supported by the U.S. Attorney's Office (*Id.* at Dkt. No. 84), and granted by the

district court where he received a sentence within the guideline range that would reflect a Criminal History Category of I. *See, Defense Exhibit 1*.

Based on Amendment 821 and the originating sentencing court's order, it is the defense's position that Mr. Munafo should be considered a Criminal History Category I. To the extent that this matters, in light of the parties' joint recommendation, the defense requests that a sentence be imposed within the guideline range of 3-9 months, which would reflect the correct criminal history category pursuant to Amendment 821.

The parties also have jointly requested that no additional supervision be imposed. While Mr. Munafo began his supervision on January 20, 2025, much of the problems he has experienced since have been directly related to his mental health. As Mr. Munafo, himself, will likely acknowledge, he struggled to obtain and maintain the proper medication, which resulted in much of the compliance issues outlined in the violation petition. However, as evidenced by Rensselaer County Jail's mental health counselor, Stephanie Bydairk, Mr. Munafo has worked on and positively addressed many of the mental health pitfalls that have resulted in his current circumstances. *See, Defense Exhibit 2*. He has responded quite well to therapeutic intervention and medication compliance. He now is a mentor to a number of his peers: offering support based on his own life experiences. *Id*.

Mr. Munafo has come a very long way since the beginning of this case. He has served a term of imprisonment already well within the guideline range. He has significantly stabilized himself and already has a support system in place. *See, e.g.,* Dkt. 13. With the additional stability that he has developed, Mr. Munafo is prepared to move forward with his life as a productive, law-abiding member of this community. As a result, the necessity for further supervision has diminished. Therefore, the defense requests that the Court grant parties' jointly requested resolution.

Thank you for your consideration of this request.


Sincerely,

Michael McGeown-Walker
Assistant Federal Public Defender
Albany Office


cc:    AUSA Rick Belliss, *via ECF & Email*
       USPO Thomas Cary, *via Email*

# **<u>DEFENSE EXHIBIT 1</u>**

Case 1:21-cr-00099-JMB-AMNF Document 65-1 Filed 11/20/25 Page 1 of 1
Case 1:21-cr-00099-JMB-ANF Document 49 Filed 11/20/25 Page 4 of 6

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

United States of America
v.
Jonathan Joshua Munafo

Case No: 1:21-cr-99
USM No: 41444-509

Date of Original Judgment: 10/22/2022
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 24 months **is reduced to** 21.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 10/22/2022 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 08/05/2024

/s/ Janet T. Neff
*Judge's signature*

Effective Date:
*(if different from order date)*

JANET T. NEFF, UNITED STATES DISTRICT JUDGE
*Printed name and title*

# **DEFENSE EXHIBIT 2**



**RENSSELAER COUNTY**
**DEPARTMENT OF MENTAL HEALTH**

Steven F. McLaughlin  
County Executive

Katherine G. Alonge-Coons LCSWR  
Commissioner

Dated: 11/12/2025  
Regarding: Jonathan Munafo, DOB: 2/2/1987

To whom it may concern,

    My name is Stephanie Bydairk, I am a Licensed Mental Health Counselor (LMHC) at Rensselaer County Jail. I have been providing mental health treatment to Jonathan Munafo since 5/23/25. This coincides with his referral to Rensselaer County Mental Health through the Rensselaer County Correctional Facility. He presented with a history of being diagnosed with Bipolar II and ADHD. He reported upon admission that the last time he experienced suicidal ideation was around 2018. He also stated that he does not feel that he was being properly medicated in the community and identified as feeling "manic".

    At the start of treatment, Mr. Munafo presented with significant symptoms related to Bipolar Disorder. Symptoms and struggles to include: risky and impulsive decision making to get his needs met, having a hard time interpreting people's intentions and conversations, due to feeling prosecuted or pparanoid. He would have a hard time being held accountable for his actions, feeling as though they were justified despite causing harm to himself or others. Unable to manage emotions, feeling overcome and out of control resulting in unsafe behaviors. During this period, he was open to medication intervention. While being monitored on a one to one basis, he was responding positively to therapeutic intervention and medication compliance. In time, with self-motivation and proper services, Mr. Munafo has shown notable improvement in both mood stabilization and daily functioning.

    Today, Mr. Munafo lives on a general population unit. He has found himself mentoring his peers, supporting them based off his own experiences. He has learned multiple ways to cope with symptoms as evidenced by less supervision and less consequences and fees from the correctional facility. He has also remained medication compliant to date.

    Please feel free to contact me at the phone number and email below.

Thank you,  
Respectfully submitted,

*Stephanie Bydairk*

Stephanie Bydairk LMHC, CASAC  
sbydairk@rensco.com  
518-266-1674