# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



**Albany Office**

54 State Street
Suite 310
Albany, NY 12207
(518) 436-1850
(518) 436-1780 Fax

Eric K. Schillinger - Federal Public Defender
Emma Reynolds - First Assistant

**Syracuse Office**

4 Clinton Square
3rd Floor
Syracuse, NY 13202
(315) 701-0080
(315) 701-0081 Fax

March 30, 2026

Honorable Anne M. Nardacci
United States District Court Judge
James T. Foley Courthouse
445 Broadway
Albany, New York 12207

RE:     *United States v. Jonathan Munafo*
        25-CR-159 (AMN)

Dear Judge Nardacci,

The defense writes to request a 30-day adjournment of Mr. Munafo's final revocation hearing, currently scheduled for this Thursday, April 2, 2026. The defense has consulted with AUSA Belliss about this request and he has no objection. Unless unforeseen circumstances present themselves, the defense does not anticipate seeking an additional adjournment in this case.

Thank you for your consideration of this request.

Sincerely,

Mike McGeown-Walker
Assistant Federal Public Defender
Attorney for Jonathan Munafo

cc:    Rick Belliss, AUSA, *via ECF*
       Thomas Carey, USPO, *via email*